IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. CR-H-09-342 |
| MARK KUHRT | § § | |

## ORDER

Defendant Mark Kuhrt's bond is modified to:

√  allow unrestricted travel to Giddings, Lee County, Texas.

or

___  allow him to travel to Giddings, Texas on September 20, 2009.

No other terms are modified.

SIGNED this **21** day of September, 2009.

Honorable David Hittner
United States District Judge