IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. CR-H-09-342 |
| | § | |
| MARK KUHRT | § | |

## ORDER

Defendant Mark Kuhrt's bond is modified to permit him to travel to Oxford, Mississippi from May 7 through May 9, 2010.

No other terms are modified.

SIGNED this __21__ day of April, 2010.

_____
Honorable David Hittner
United States District Judge