IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. CR-H-09-342 |
| MARK KUHRT | § | |

ORDER

Defendant Mark Kuhrt's bond is modified to allow unrestricted travel in the State of Texas.

No other terms are modified.

SIGNED this **21** day of April, 2010.

Honorable David Hittner
United States District Judge